Argued and submitted April 12, affirmed May 17, 2000

In the Matter of the Compensation of
Donna M. Johnston, Claimant.

Donna M. JOHNSTON,
*Petitioner,*

*v.*

JOHNSON CONTROLS BATTERY GROUP, INC.,
*Respondent.*

(98-06018; CA A107777)

999 P2d 1228

Charles L. Lisle argued the cause and filed the brief for petitioner.

Jerald P. Keene argued the cause and filed the brief for respondent.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Ceniceros, Senior Judge.

PER CURIAM

Affirmed. *Safeco Ins. Co. v. Victoria,* 154 Or App 574, 963 P2d 83, *rev den* 327 Or 621 (1998); *Willamette Industries, Inc. v. Titus,* 151 Or App 76, 950 P2d 318 (1997).